John Cray, Plaintiff in Error v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Pasco County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Thomas Palmer* and *W. B. Dickenson,* for Plaintiff in Error.

---

H. Lee Anstey and Agnes Anstey, Appellants, v. Sauel E. Carver, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Lilburn R. Railey,* for Appellants;

Price, Price & Neeley, for Appellee.

---

R. H. Browning, Plaintiff in Error, v. The American Agricultural Chemical Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for St. Johns County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Hilburn & Merryday,* for Plaintiff in Error.